IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                          Civ. No. 11-850

$40,000.00 IN UNITED STATES CURRENCY,

FUNDS IN THE AMOUNT OF $16,489.03
FROM OLD NATIONAL BANK
ACCOUNT NUMBER ENDING **7487,

    *Defendants*,

and

MARY HILL,
ESTATE OF GREG HILL,

    *Claimants.*

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff states:

### JURISDICTION AND VENUE

1. This is a civil action *in rem* for forfeiture of Defendants which have been located and will be arrested by execution of a Warrant for Arrest in the District of New Mexico; and during the pendency of this action Defendant, or its equivalent or proceeds thereof, will be subject to the jurisdiction of this Court.

2. The United States District Court for the District of New Mexico has exclusive, original jurisdiction under 28 U.S.C. §§ 1345, 1355 and 1356.

3. Venue is proper under 28 U.S.C. §§ 1355 and 1395.

4. The "res" or property which is the subject of this action consists of Forty Thousand

($40,000.00) in U.S. Currency and Funds in the Amount of $16,489.03 from Old National Bank Account Number Ending with **7487 (hereafter referred to as "Defendant Currency").

### PARTIES AND CLAIMANTS

5. The following person may claim an interest in Defendant Currency:

   (a). Mary Hill at 3900 East Ramp Creek Road, Bloomington, Indiana 47401 and/or 4750 N. Maple Grove Road, Bloomington, IN 47404;

   (b). Estate of Greg Hill c/o Mary M. Hill at 4750 N. Maple Grove Road, Bloomington, IN 47404.

### STATEMENT OF FACTS

6. Between approximately 1990 and August 2005, the Dana Jarvis drug trafficking organization (DTO) distributed bulk marijuana from Arizona and New Mexico to destinations throughout the United States.

7. In approximately 2003, Greg Hill joined the conspiracy of the DTO. On numerous occasions other members of the Jarvis organization delivered bulk marijuana to Hill's residence at 3900 Ramp Creek Road, Bloomington, Indiana. The total amount of marijuana delivered to Hill during the course his participation in the conspiracy was more than 1000 kilograms.

8. After the marijuana was delivered to Hill, he would distribute the marijuana and then provide a portion of the proceeds from the sale of the marijuana, in the form of United States currency, to another member of the Jarvis organization, who would then transport the proceeds to New Mexico.

9. On August 25, 2005, Drug Enforcement Administration (DEA) agents executed a search warrant at Hill's residence in Bloomington and found among other things the following:
   a. $40,000 in a desk in the master bedroom;
   b. a triple beam scale, marijuana, and plastic bags in a desk in the basement;
   c. a duffle bag containing a large block (approximately 10 pounds) of marijuana in the basement;
   d. a large capacity scale in a suitcase, a food sealer, two unopened boxes of two-gallon size Ziplock bags in a desk,
   e. miscellaneous $1000 and $100 money wrappers in an office area of the garage.

10. On September 13, 2010, in *U.S. v. Greg Hill,* Criminal No. 05-1849, Greg Hill pled guilty to a Superceding Indictment charging him with conspiracy to distribute 1000 kilograms and more of marijuana. In his plea agreement he agreed to forfeit to the United States his right, title, and interest in Defendant Currency. *See U.S. v. Greg Hill* at Doc. 1883.

11. Greg Hill died on August 16, 2011. *See U.S. v. Greg Hill* at Doc. 2055.

12. On August 1, 2011, Funds in the Amount of $16,489.03 from Old National Bank Account Number Ending **7487 were seized in Bloomington, Indiana.

### CLAIMS FOR RELIEF

13. Defendant Currency is subject to arrest and forfeiture to Plaintiff under 21 U.S.C. § 881(a)(6) because it was furnished, or intended to be furnished, in exchange for a controlled substance, or constitutes proceeds traceable to such an exchange, or was used or intended to be used to facilitate a violation of the Controlled Substances Act.

**WHEREFORE,** Plaintiff seeks arrest of Defendant Currency and forfeiture of same to Plaintiff, determination of the validity and priority of claims of the Claimants and any Unknown Claimants to the Defendant Currency, costs and expenses of seizure and of this proceeding, and other proper relief.

Respectfully submitted,

KENNETH J. GONZALES
UNITED STATES ATTORNEY

*/s/ Stephen R. Kotz*

STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

## 28 U.S.C. § 1746 DECLARATION

I am a Special Agent with the Drug Enforcement Administration who has read the contents of the Complaint for Forfeiture *In Rem* to which this Declaration is attached; and the statements contained in the complaint are true to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that this Declaration is true and correct, except as to matters stated on information and belief, and as to those matters I believe them to be true.

DATED: 9/22/11

_____
Richard Stark, Special Agent
Drug Enforcement Administration